# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 30, 2015

Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX  75702



FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 0 6 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

   Re:   Charles Christopher Lancaster
         v. Natrenia L. Hicks, et al.
         No. 14-8203
         (Your No. 12-13-00283-CV)

Dear Clerk:

   The Court today entered the following order in the above-entitled case:

   The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

                              Sincerely,

                              Scott S. Harris, Clerk